IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JASON CUNNINGHAM, Individually and as Adult Natural Son and Sole Wrongful Death Beneficiary and Next of Kin, Affiant and Administraator Ad Litem and Personal Representative for Nancy Jane Lewelllyn, Deceased and Estate of Nancy Jane Lewellyn,<br><br>    Plaintiffs,<br><br>v.<br><br>SHELBY COUNTY, SHERIFF WILLIAM OLDHAM, ROBERT PASCHAL, Individually and in his Official Capacity as a Shelby County Sheriff's Deputy, and MARVIN WIGGINS, Individually and in his Official Capacity as a Shelby County Sheriff's Deputy.<br><br>    Defendants. | No. 2:18-cv-02185-TLP-dkv<br><br>JURY DEMAND |

**ORDER GRANTING REQUEST TO AMEND SCHEDULING ORDER**

Defendants Marvin Wiggins and Robert Paschal move to strike the trial date, the pretrial conference date, and the deadline for pretrial submissions scheduled in this matter. (ECF No. 69.)  The Court construes Defendants' motion to strike as a motion to amend the scheduling order (ECF No. 47).  Because the Court finds that the reasons underpinning Defendants' motion are well-taken, the Court GRANTS Defendants' motion.

Once the parties complete the limited discovery and brief the qualified immunity issue as the Court addressed in the limited scheduling order (ECF No. 68), the Court will schedule

new dates for the trial, the pretrial conference, and the deadline for pretrial submissions in a separate order, if necessary.

    **SO ORDERED**, this 25th day of September, 2019.

                                                s/ Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE