Cunningham v. Shelby County, et al. 2:18-cv-02185

## **Exhibit A** – Dashcam Footage

Pursuant to the Court's Order granting leave to file CDs with the District Court Clerk's Office, (ECF 64), three (3) CDs identified as collective Exhibit A were hand-delivered to the Clerk's Office on or about June 26, 2019. A copy of the exhibit was also sent, via U.S. Mail, to counsel for Plaintiff.