# Deputies who shot woman apparently lacked mental health certification

**Daniel Connolly**
Memphis Commercial Appeal
USA TODAY NETWORK - TENNESSEE

Recently released personnel records suggest two Shelby County Sheriff's deputies who fatally shot a suicidal woman in Lakeland last year were not certified as members of the Crisis Intervention Team, or CIT.

The CIT is a specialized group of deputies trained to use empathy and negotiation to defuse tense situations involving mental illness.

Deputies Robert Paschal and Marvin Wiggins fired the shots, according to records. A third deputy, Justin Jayroe, was on the scene and didn't fire. He is certified as a CIT member, according to the records.

The situation illustrates how mental illness can play a role in police shootings, and raises questions about the role of CIT specialization in preventing deaths.

Nancy Jane Lewellyn, 59, called 911 on March 17, 2017 threatening to shoot herself and others. She began the call by saying, "I'm gonna kill the next

**See DEPUTIES, Page 10A**



This image shows a Crisis Intervention Team pin on the uniform of a Shelby County Sheriff's deputy who was present at the fatal shooting of Nancy Jane Lewellyn in Lakeland on March 17, 2017. This was one of many photos taken during the shooting investigation. Though identifying information is redacted in this image, personnel records suggest that this is the uniform of Deputy Justin Jayroe, who is certified as a CIT member and did not fire his weapon. VIA SHELBY COUNTY DISTRICT ATTORNEY'S OFFICE

## Taps

Taps, the 24-note bugle call played at all military funerals and memorial services, originated in 1862 when Union Gen. Dan Butterfield decided the "lights out" call music was too formal to end the day. He either wrote an original tune or rewrote an old tune with the help of his brigade bugler. Not long after, a battery commander ordered Butterfield's tune played at a funeral instead of the customary three rifle volleys, because the battery was so close to enemies popular it was also used by Con-

## Confederate Memorial Day

Created to honor those who died fighting for the Confederacy in the Civil War, Confederate



**In Business**
Breaking down the barriers for black business owners in Memphis. **Page 1C**

**In Viewpoint**
Suffrage trail honors a woman's place — in Tennessee history. **Page 1V**

**Weather**
High 89° ■ Low 71°
Humid. Forecast, **14B**

Volume 177 | No. 147
Home delivery pricing inside
Subscribe 844-900-7099
©2018

Sunday **$2.00**



## Shhh!

*Do You Want To Know A Secret…..?*

There's a Great Place for
**High End Watches**
at Huge Discounts Right Here in Memphis,
and It Could Be the City's Best Kept Secret.



**Patek Philippe, Breitling, Tag Heuer,
Panerai, RLX, Omega, Cartier, IWC,
Audemars, Piguet, and Many More!**

*Swiss Watches Center*



510 Perkins Ext.
dorondiamonds.com
Call! 901-763-3921

# The Commercial Appeal

PART OF THE USA TODAY NETWORK

SUNDAY, MAY 27, 2018 ■ COMMERCIALAPPEAL.COM

## SUNDAY CA

**Weathersbee:** Downtown aquariums? Benefit or boondoggle?

PAGE 8A



## MEMPHIS IN MAY RUN

### Hooks legacy rises again as Confederate statues fall

Despite Tennessee Waltz past, family respected once again

**Marc Perrusquia**
Memphis Commercial Appeal
USA TODAY NETWORK - TENNESSEE

Cheers rose as Nathan Bedford Forrest's statue finally came down, the Civil War general and his horse toppled after more than a century of standing in the Memphis sun, wind and rain like anachronistic guardians of the Old South.

Onlookers who huddled on that chilly night last December didn't realize it, but they'd witnessed more than just the momentous removal of Memphis' Confederate monuments – they also observed the rebirth of one of this city's enduring political legacies.

The crane hoisting the massive bronze statue