# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JASON CUNNINGHAM, Individually and as Adult Natural Son and Sole Wrongful Death Beneficiary and Next of Kin, Affiant and Administrator Ad Litem and Personal Representative for Nancy Jane Lewellyn, Deceased and Estate of Nancy Jane Lewellyn,<br><br>     Plaintiff,<br><br>v.<br><br>SHELBY COUNTY, SHERIFF WILILAM OLDHAM, ROBERT PASCHAL, Individually and in his official capacity as a Shelby County Sheriff's Deputy, and MARVIN WIGGINS, Individually and in his official capacity as a Shelby County Sheriff's Deputy,<br><br>     Defendant. | No. 2:18-cv-02185-TLP-atc<br><br>JURY DEMAND |

## ORDER GRANTING SUMMARY JUDGMENT AS TO DEFENDANTS PASCHAL AND WIGGINS ONLY

Defendants Robert Paschal and Marvin Wiggins appealed this Court's Order Denying Summary Judgment Based on Qualified Immunity. (ECF No. 113.) And the Sixth Circuit reversed, holding that Paschal and Wiggins are entitled to qualified immunity. (ECF No. 117.) The Sixth Circuit has now issued its mandate. (ECF No. 118.) And so, based on the Sixth Circuit's ruling and its directive to enter summary judgment in favor of Paschal and Wiggins based on qualified immunity, this Court **GRANTS** summary judgment in their favor.

**SO ORDERED**, this 12th day of May, 2021.

   s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE